UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DELONEO BREHAM,

    Defendant.

_____/

Case No. 21-cr-20165

Honorable Nancy G. Edmunds

**ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE [62]**

Defendant Deloneo Breham is currently serving a 235-month sentence for carjacking and brandishing a firearm during a crime of violence. Before the Court is Defendant's motion for compassionate release.[1] (ECF No. 62.) Defendant states, and his medical records confirm, that he is in the final stages of terminal oropharyngeal squamous cell carcinoma. He wishes to spend the remainder of his life in his family's care. The government filed a response to Defendant's motion under seal and indicated that, given Defendant's current health and prognosis, it does not oppose a sentence reduction to time served with a slight delay to allow for the continuity of Defendant's palliative care and hospice, as appropriate. The Court finds and the government agrees that Defendant's health and prognosis constitute an extraordinary and compelling reason for compassionate release. Moreover, the § 3553(a) sentencing factors support early release in this case.

---

[1] Although Defendant titled his motion as one that would "expedite the bureaucracy" of the Bureau of Prison's filing of a motion on Defendant's behalf, the Court treats Defendant's motion as one for compassionate release under 18 U.S.C. § 3582(c) at the government's request.

Accordingly, upon the agreement of the parties and this Court's authority under 18 U.S.C. § 3582(c), the Court **GRANTS** Defendant's motion and reduces his sentence to time-served, plus one week.

**IT IS THEREFORE ORDERED** that the **BUREAU OF PRISONS** and the **UNITED STATES PROBATION DEPARTMENT** shall, **within one week**, make arrangements for the continuity of Defendant's palliative care and hospice, as appropriate, in his family residence. Defendant shall then be transported to the family residence by the Bureau of Prisons. No term of supervised release is ordered.

**SO ORDERED.**

    s/ Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: January 29, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 29, 2024, by electronic and/or ordinary mail.

    s/ Lisa Bartlett
    Case Manager